IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-00382-WYD-NYW

JOSEPH BARRY, and
CHRIS MOORE, on behalf of themselves and others similarly situated,

    Plaintiffs,

v.

SAN JUAN CONSTRUCTION, INC.,

    Defendant.

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the parties' Joint Stipulation of Dismissal With Prejudice filed April 6, 2015.  After a careful review of the Stipulation, it is

ORDERED that the Joint Stipulation of Dismissal With Prejudice (ECF No. 14) is **APPROVED** and this matter is **DISMISSED WITH PREJUDICE**, each party to bear their own costs.  In light of the dismissal,

Defendant San Juan Construction, Inc.'s Motion to Dismiss filed March 23, 2015 (ECF No. 12) is **DENIED AS MOOT**.

Dated:  April 7, 2015

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              Senior United States District Judge