IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-00382-WYD-NYW

JOSEPH BARRY, and
CHRIS MOORE, on behalf of themselves and others similarly situated,

    Plaintiffs,

v.

SAN JUAN CONSTRUCTION, INC.,

    Defendant.

## AMENDED ORDER OF DISMISSAL

THIS MATTER is before the Court on the parties' Joint Stipulation of Dismissal With Prejudice filed April 6, 2015.  After a careful review of the Stipulation, it is

ORDERED that the Joint Stipulation of Dismissal With Prejudice (ECF No. 14) is **APPROVED** and this matter is now **DISMISSED WITHOUT PREJUDICE** rather than with prejudice, each party to bear their own costs.  In light of the dismissal,

Defendant San Juan Construction, Inc.'s Motion to Dismiss filed March 23, 2015 (ECF No. 12) is **DENIED AS MOOT**.

Dated:  April 7, 2015

                                        BY THE COURT:

                                        s/ Wiley Y. Daniel
                                        Wiley Y. Daniel
                                        Senior United States District Judge